IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$116,550.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | 8:13CV294<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The discovery and deposition deadline is extended to June 17, 2014.

2) A telephonic pretrial conference is scheduled to be held before the undersigned magistrate judge on **August 4, 2014** at **9:30 a.m.** The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 12:00 p.m. (noon) on August 1, 2014.

3) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **August 18, 2014**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

March 17, 2014

                                                   BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge