IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>$116,550.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendant. | 8:13CV294<br><br><br>MEMORANDUM AND ORDER |

At the defendant's request, the trial and pretrial conference are continued as follows:

1)   The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on Monday, November 03, 2014, or as soon thereafter as the case may be called, for a duration of three (3) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.   Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 27, 2014** at **9:00 a.m.**, and will be conducted by telephone. Counsel for the plaintiff shall place or arrange the call.  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 1:00 p.m. on October 24, 2014.

August 4, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge