IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$116,550.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:13CV0294<br><br>**MEMORANDUM AND ORDER** |

The parties contacted the undersigned's chambers and requested continuances of the hearing on Claimant's motion to suppress, (Filing No. 21), the pretrial conference, and trial set in this case. Based upon the parties' representations, the joint oral motion to continue the motion hearing, pretrial conference and trial (Filing No. 24) is granted.

    IT IS ORDERED :

1)     The non-jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **January 12, 2015**, or as soon thereafter as the case may be called, for a duration of two (2) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2)     The Pretrial Conference is rescheduled to be held by telephone before the undersigned magistrate judge at 10:00 a.m. on **December 30, 2014**. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on December 29, 2014. The government shall place the call.

3)     The evidentiary hearing on claimant's Motion to Suppress (Filing No. 21) is reset to **November 13, 2014 at 10:00 a.m**. Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plz, Omaha, NE before Magistrate Judge Cheryl R. Zwart.

October 22, 2014.

                                                                      BY THE COURT:

                                                                      *s/ Cheryl R. Zwart*
                                                                      United States Magistrate Judge